

FILED

FEB - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  COLIN M. SCOTT
   Certified Law Clerk
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2805

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  Case 2:10 CR-475-DAD
                                 )
13              Plaintiff,       )  STIPULATION TO CONTINUE CHANGE
                                 )  OF PLEA HEARING AND [PROPOSED]
14  v.                           )  ORDER
                                 )
15  GARY MEAD & TINKERBELL MEAD, )  DATE:  February 8, 2011
                                 )  TIME:  10:00 a.m.
16              Defendant.       )  JUDGE: Hon. Dale A. Drozd
                                 )
17  _____ )

18       It is hereby stipulated and agreed upon between the United

19  States Government and defendants, GARY MEAD and TINKERBELL MEAD, by

20  and through their undersigned counsel, that the change of plea

21  hearing be continued from February 8, 2011, to March 8, 2011, at

22  10:00 a.m.

23       The reason for the continuance is because the parties need

24  additional time to research and agree to the restitution amount owed

25  by the defendants, and because the special agents with the Social

26  Security Administration who are assigned to this case, Jared Ueda and

27  Robb Stickley, are currently unavailable.

28       The parties further agree that time be excluded, pursuant to

                                    1

```
 1  Title 18, United States Code, Section 3161(h)(8)(B)(iv), also known
 2  as Local Code T4, reasonable time to prepare.
 3  DATED: February 7, 2011            BENJAMIN B. WAGNER
                                       United States Attorney
 4
 5                                     By: /S/ Matthew Stegman
                                           MATTHEW STEGMAN
 6                                         Assistant U.S. Attorney
 7  DATED: February 7, 2011            DANIEL BRODERICK
                                       Federal Defender
 8
 9                                     By: /s/ Linda Harter
                                           LINDA HARTER
10                                         Attorney for Defendant
                                           GARY MEAD
11
    DATED: February 7, 2011
12
13                                     By: /s/ Alexis Briggs
                                           ALEXIS BRIGGS
14                                         Attorney for Defendant
                                           TINKERBELL MEAD
15
                              [PROPOSED] ORDER
16
       The change of plea hearing is continued to March 8, 2011, at
17
    10:00 p.m.
18
       IT IS SO ORDERED.
19
    DATED: February 7, 2011
20                                     _____
                                       HON. DALE A. DROZD
21                                     United States Magistrate Judge
```