```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ETAN ZAITSU
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant
GARRY MEAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GARRY MEAD,<br>TINKER BELL MEAD,<br><br>    Defendants. | No. Cr-10-0475 DAD<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE<br><br>Date:  May 31, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

  The United States of America through U. S. Attorney Rachana Shaw, together with defendants Garry Mead, through his attorney Chief Assistant Federal Defender Linda Harter, and Tinker Bell Mead, through her attorney Alexis Wilson Briggs, agree to continue the sentencing hearing currently scheduled for May 31, 2011 at 10:00 a.m. to July 19, 2011.  Although a proposed Pre-Sentence Report (PSR) has been drafted and submitted to counsel, the parties further stipulate and agree to

1

the following pre-sentence schedule:

1. Counsel's written objections to the proposed PSR shall be delivered to the Probation Officer and opposing counsel no later than June 21, 2011.

2. The PSR shall be filed with the court and disclosed to counsel no later than June 28, 2011.

3. Motion for correction of the PSR shall be filed with the court and served on the Probation Officer and opposing counsel no later than July 5, 2011.

4. Reply or statement of non-opposition due July 12, 2011.

5. Judgement and sentencing date: July 19, 2011, at 10:00 a.m.

Defense counsel needs more time to address the proposed Pre-Sentence Report. This continuance is not for the purpose of delay and will not prejudice either side in the sentencing of this case.

Dated: April 29, 2011                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         GARRY MEAD

                                         /s/ Alexis Wilson Briggs
                                         ALEXIS WILSON BRIGGS
                                         Attorney at Law
                                         Attorney for Defendant
                                         TINKER BELL MEAD

                                         BENJAMIN WAGNER
                                         United States Attorney

                                         /s/ Jill Thomas
                                         Jill Thomas
                                         U.S. Attorney
                                         Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br>        Plaintiff, <br>   v. <br> GARRY MEAD <br> TINKER BELL MEAD, <br>        Defendants. | No. Cr-10-0475 DAD <br><br> ORDER CONTINUING SENTENCING <br> HEARING AND SENTENCING SCHEDULE <br><br> Date:  May 31, 2011 <br> Time:  10:00 a.m. <br> Judge: Hon. Dale A. Drodz |

Pursuant to the stipulation of the parties, filed on April 29, 2011, and for the reasons stated therein, IT IS HEREBY ORDERED THAT the sentencing hearing and the pre-sentence schedule currently scheduled in the case be modified as follows:

    1. Counsel's written objections to the proposed PSR shall be delivered to the Probation Officer and opposing counsel no later than June 21, 2011.

    2. The PSR shall be filed with the court and disclosed to counsel no later than June 28, 2011.

    3. Motion for correction of the PSR shall be filed with the court and served on the Probation Officer and opposing counsel no later than July 5, 2011.

    4. Reply or statement of non-opposition due July 12, 2011.

/////
/////
/////
/////

3


    5. Judgement and sentencing date: July 19, 2011, at 10:00 a.m.

DATED: May 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

4