

**FILED**

JUN 1 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GARY MEAD

7

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  NO. CR.S 10-475-DAD
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND ~~[PROPOSED]~~ ORDER
14      v.                         )  ADVANCEMENT OF SENTENCING
                                   )
15  GARY MEAD,                     )
    TINKER BELL MEAD,              )  Date:  June 21, 2011
16                                 )  Time:  1:30 pm.
                Defendants.        )  Judge: Hon. Dale A. Drozd
17  _____)

18

19      IT IS HEREBY STIPULATED by and between the parties hereto through

20  their respective counsel, Rachana Shaw, Assistant United States

21  Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant

    Federal Defender, attorney for defendant, GARY MEAD, and TINKER BELL
22
    MEAD, through her attorney Alexis Wilson Briggs that the sentencing
23
    hearing date of July 19, 2011 be vacated, and the matter be advanced
24
    for sentencing on June 21, 2011 at 1:30 pm.
25
        Probation and clerk have no objection to the advancement.
26

27

28

1  ///

2  ///

3  Dated:   June 13, 2011                    Respectfully submitted,

4                                            DANIEL J. BRODERICK
                                             Federal Defender
5

6                                            /s/ Linda C. Harter
                                             LINDA C. HARTER
7                                            Chief Assistant Federal Defender
                                             Attorney for Defendant
8                                            GARY MEAD

9                                            /s/ Alexis Wilson Briggs
                                             ALEXIS WILSON BRIGGS
10                                           Attorney at Law
                                             Attorney for Defendant
11                                           TINKER BELL MEAD

12

13
    Dated:   June 13, 2011                   BENJAMIN B. WAGNER
14                                           United States Attorney

15
                                             /s/ Linda C. Harter for
16                                           RACHANA SHAW
                                             Assistant U.S. Attorney
17                                           Attorney for Plaintiff

18

19                                 O R D E R

20  IT IS SO ORDERED.

21  Dated:  June 13  , 2011

22

                                             DALE A. DROZD
23                                           United States Magistrate Judge

24

25

26

27

28

Stipulation/Order/Ismael Ramos               2